UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/03/2022__
```

DERRICK MULLINS,

**NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(i)**

                              Plaintiff,

        -against-

Case No.: 1:22-cv-08401-VEC

ROCKSTAR LITTLE ITALY PIZZA, INC. d/b/a
LITTLE ITALY PIZZA AND 214 WEST 92ND STREET
ASSOCIATES, LLC,

**MEMO ENDORSED**

                              Defendants.

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

        Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff **Derrick Mullins** and or their counsel, hereby give notice that the above captioned action is voluntarily dismissed, **without prejudice** against the defendants **Rockstar Little Italy Pizza, Inc. d/b/a Little Italy Pizza** and **214 West 92nd Street Associates, LLC**, since no party has answered or otherwise moved for summary judgment in this action.


        Dated: October 3, 2022

Application GRANTED.  The Clerk of Court is
respectfully directed to terminate this case.


SO ORDERED.

*Valerie Caproni*                    10/03/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

    The Marks Law Firm, P.C.


By:_____
      Bradly G. Marks